MICHAEL P. McNAMARA (SBN 106079)
KIRSTEN H. SPIRA (SBN 119885)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone: (310) 734-3200 // Facsimile: (310) 734-3300
Email: mmcnamara@steptoe.com
Email: kspira@steptoe.com

MORGAN L. HECTOR (SBN 246573)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles CA 90071
Telephone: (213) 439-9494 // Facsimile: (213) 439-9599
Email: mhector@steptoe.com

Attorneys for Defendants
GREENBERG TRAURIG, LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GARRY SAPERSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>GREENBERG TRAURIG, LLP, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:16-CV-00271-JAM-EFB<br><br>**CERTIFICATE OF SERVICE OF CIVIL NEW CASE DOCUMENTS ISSUED** |

PROOF OF SERVICE

Doc. # DC-8979098 v.1

**PROOF OF SERVICE**
F.R.C.P. 5 / C.C.P. § 1013a(3)/ Cal. R. Ct. R. 2.260

I am a resident of, or employed in, the County of Los Angeles.  I am over the age of 18 and not a party to this action.  My business address is:  Steptoe & Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los Angeles, California 90067.

On **February 11, 2016,** I served the following listed document(s), by method indicated below, on the parties in this action:  **ORDER REQUIRING JOINT STATUS REPORT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGMENT TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; CONSENT FORM RE JURISDICTION OF U.S. MAGISTRATE JUDGE; ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**

*SEE ATTACHED SERVICE LIST*

☐ **BY U.S. MAIL**

By placing ☐ the original / ☐ a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at Steptoe & Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los Angeles, California 90067, following ordinary business practices.  I am readily familiar with Steptoe & Johnson LLP's practice for collection and processing of documents for mailing.  Under that practice, the document is deposited with the United States Postal Service on the same day as it is collected and processed for mailing in the ordinary course of business.

☒ **BY OVERNIGHT DELIVERY**

By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents.  **Note**: Federal Court requirement: service by overnight delivery was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order.

☐ **BY ELECTRONIC SERVICE via electronic filing service provider LexisNexis**

By electronically transmitting the document(s) listed above to LexisNexis File and Serve, an electronic filing service provider at www.fileandserve.lexisnexis.com, from the email address _____@steptoe.com, at approximately _____.  To my knowledge, the transmission was reported as complete and without error. *See* Cal. R. Ct. R. 2.253, 2.255, 2.260.

☐ **BY EMAIL**

By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list from the email address _____@steptoe.com at approximately _____.  To my knowledge, the transmission was reported as complete and without error.  Service by email was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order. *See* Cal. R. Ct. R. 2.260.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on February 11, 2016 at Los Angeles, California.

____Shannon Ramme_____          _____/s/ Shannon Ramme_____
Type or Print Name                                                    Signature

## SERVICE LIST

Steven N. Holland, Esq.                    Attorneys for Plaintiff Garry Saperstein
Justin J. Schnitzler, Esq.
Ring Hunter Holland & Schenone, LLP
985 Moraga Road, Suite 210
Lafayette, California  94549
Telephone:  (925) 256-6948
Email:  sholland@rhhslaw.com
Email:  jschnitzler@rhhslaw.com

SERVICE LIST

**PROOF OF SERVICE**
F.R.C.P. 5 / C.C.P. § 1013a(3)/ Cal. R. Ct. R. 2.260

I am a resident of, or employed in, the County of Los Angeles.  I am over the age of 18 and not a party to this action.  My business address is:  Steptoe & Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los Angeles, California 90067.

On **February 11, 2016,** I served the following listed document(s), by method indicated below, on the parties in this action:  **CERTIFICATE OF SERVICE OF CIVIL NEW CASE DOCUMENTS ISSUED**

*SEE ATTACHED SERVICE LIST*

☐ **BY U.S. MAIL**
By placing ☐ the original / ☐ a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at Steptoe & Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los Angeles, California 90067, following ordinary business practices.  I am readily familiar with Steptoe & Johnson LLP's practice for collection and processing of documents for mailing.  Under that practice, the document is deposited with the United States Postal Service on the same day as it is collected and processed for mailing in the ordinary course of business.

☒ **BY OVERNIGHT DELIVERY**
By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents.  **Note**: Federal Court requirement: service by overnight delivery was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order.

☐ **BY PERSONAL SERVICE**
   ☐ By personally delivering and handing the document(s) listed above to the person(s) identified on the attached service list.
   ☐ By personally delivering the document(s) listed above to the office address(es) as shown on the attached service list and leaving said document(s) with a clerk or other person in charge, or if no one is in charge leaving it in a conspicuous place in the office(s).
   ☐ By personally delivering the document(s) listed above to the address(es) as shown on the attached service list and leaving said document(s) with someone of suitable age and discretion residing at said address(es).

☐ **BY ELECTRONIC SERVICE via electronic filing service provider LexisNexis**
By electronically transmitting the document(s) listed above to LexisNexis File and Serve, an electronic filing service provider at www.fileandserve.lexisnexis.com, from the email address _____@steptoe.com, at approximately _____.  To my knowledge, the transmission was reported as complete and without error.  *See* Cal. R. Ct. R. 2.253, 2.255, 2.260.

☐ **BY EMAIL**
By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list from the email address _____@steptoe.com at approximately _____.  To my knowledge, the transmission was reported as complete and without error.  Service by email was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order.  *See* Cal. R. Ct. R. 2.260.

☐ **BY FACSIMILE**
By transmitting the document(s) listed above from Steptoe & Johnson LLP in Los Angeles, California to the facsimile machine telephone number(s) set forth on the attached service list.  Service by facsimile transmission was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order.

          I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.
          Executed on February 11, 2016 at Los Angeles, California.

Shannon Ramme                                              /s/ Shannon Ramme
Type or Print Name                                        Signature

4

## SERVICE LIST

Steven N. Holland, Esq.                          Attorneys for Plaintiff Garry Saperstein
Justin J. Schnitzler, Esq.
Ring Hunter Holland & Schenone, LLP
985 Moraga Road, Suite 210
Lafayette, California  94549
Telephone:  (925) 256-6948
Email:  sholland@rhhslaw.com
Email:  jschnitzler@rhhslaw.com

SERVICE LIST