1  MICHAEL P. McNAMARA (SBN 106079)
   KIRSTEN H. SPIRA (SBN 119885)
2  STEPTOE & JOHNSON LLP
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles, California 90067-5052
4  Telephone: (310) 734-3200 // Facsimile: (310) 734-3300
   Email: mmcnamara@steptoe.com
5  Email: kspira@steptoe.com

6  MORGAN L. HECTOR (SBN 246573)
   STEPTOE & JOHNSON LLP
7  633 West Fifth Street, Suite 700
8  Los Angeles CA 90071
   Telephone: (213) 439-9494 // Facsimile: (213) 439-9599
9  Email: mhector@steptoe.com

10 Attorneys for Defendant
   GREENBERG TRAURIG, LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| GARRY SAPERSTEIN, | Case No.: 2:16-cv-00271-JAM-EFB |
|---|---|
| Plaintiff, | Hon. John A. Mendez |
| v. | **JOINT STIPULATION AND ORDER TO CONTINUE JOINT STATUS REPORT, RULE 26(f) DISCOVERY PLAN, AND RELATED DEADLINES** |
| GREENBERG TRAURIG, LLP, and DOES 1 through 100, inclusive, | |
| Defendants. | |

STIPULATION AND PROPOSED ORDER

Doc. # DC-9011964 v.1

# JOINT STIPULATION

**TO THE HONORABLE COURT**: This Stipulation to continue, <u>by three weeks</u>, the deadline to file a joint status report, Rule 26(f) discovery plan, and to confer as required by Fed. R. Civ. P. 26(f) is made by and between Plaintiff Gary Saperstein and Defendant Greenberg Traurig, LLP ("Defendant"), with respect to the following facts:

1. On February 11, 2016, Defendant removed this case from El Dorado Superior Court to this Court.

2. On February 11, 2016, the Court entered an Order Requiring Joint Status Report requiring that, "[w]ithin sixty (60) days of … the date of removal, the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan." Dkt. No., ¶4.

3. Sixty days from the date of the removal is April 11, 2016.

4. Defendant is currently in the process of transferring this file from counsel of record, Steptoe & Johnson LLP ("Steptoe"), to new counsel, Jenner & Block LLP ("Jenner").

5. Counsel of record Michael McNamara and Kirsten Spira are similarly in the process of transitioning from Steptoe to Jenner, and expect that process to be completed by mid-April 2016.

6. Counsel for Plaintiff and Defendant met and conferred on March 16, 2016 and agreed that for the convenience of the parties and their counsel of record and to maximize the efficiency of this case in light of the transition to new counsel, the deadlines set forth in the Court's Order Requiring Joint Status Report should be continued three weeks to allow for the transition to new counsel to be completed.

**THEREFORE, ALL PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT THE COURT** continue the parties' deadlines to confer as required by Fed. R. Civ. P. 26(f), and prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan, by three weeks, from April 11, 2016 to May 2, 2016.

**IT IS SO STIPULATED.**

Dated:  March 18, 2016                           STEPTOE & JOHNSON LLP


                                                 By:    /s/ Kirsten Spira
                                                        KIRSTEN SPIRA
                                                 Attorneys for Defendant
                                                 GREENBERG TRAURIG, LLP



Dated:  March 18, 2016                           RING HUNTER HOLLAND & SCHENONE LLP

                                                 By:    /s/ Justin Schnitzler [as Authorized
                                                        on March 18, 2016]
                                                        JUSTIN SCHNITZLER
                                                 Attorneys for Plaintiff
                                                 GARRY SAPERSTEIN

1  **IT IS SO ORDERED.**

2  Dated: 3/21/2016

3  /s/ John A. Mendez
   HON. JOHN A. MENDEZ

4

5  UNITED STATES DISTRICT JUDGE